UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS LOPEZ-VELAZQUEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JEH JOHNSON, et al.,<br><br>　　　　　Respondents. | Case No.  16-cv-01226-EMC<br><br>**ORDER RE PETITIONER'S MOTION FOR A TEMPORARY RESTRAINING ORDER**<br><br>Docket No. 24 |

On July 20, 2016, Petitioner Lopez-Velazquez filed a motion for a temporary restraining order, on the grounds that: (1) he is subject to an administratively final order of removal, and (2) the Ninth Circuit denied his motion for a stay of removal on July 19, 2016.  Docket No. 24 at 2. Respondents must file any response to Lopez-Velazquez's motion for a temporary restraining order by **Thursday**, **July 21, 2016** at **12:00 p.m. PST**.

**IT IS SO ORDERED**.

Dated: July 20, 2016

_____
EDWARD M. CHEN
United States District Judge